1  Elizabeth L. Deeley (SBN 230798)
   KIRKLAND & ELLIS LLP
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  E-mail: elizabeth.deeley@kirkland.com

5  Jay P. Lefkowitz (admitted *pro hac vice*)
   Nathaniel J. Kritzer (admitted *pro hac vice*)
6  Anjelica Simone Gregory (admitted *pro hac vice*)
   KIRKLAND & ELLIS LLP
7  601 Lexington Avenue
   New York, NY 10022
8  Telephone: (212) 446-4800
   Facsimile: (212) 446-4900
9  E-mail: lefkowitz@kirkland.com
   E-mail: nathaniel.kritzer@kirkland.com
10 E-mail: anjelica.gregory@kirkland.com

11 Attorneys for Defendants *Frankly Inc.,
   Steve Chung, JJR Private Capital Limited Partnership,*
12 *Ron Schmeichel and Louis Schwartz*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GANNAWAY ENTERTAINMENT, INC., a Delaware corp., ALBERT C. GANNAWAY III, SAMANTHA GANNAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLY INC., STEVE CHUNG, SKP AMERICA, LLC, JJR PRIVATE CAPITAL LIMITED PARTNERSHIP, RON SCHMEICHEL, LOUIS SCHWARTZ,<br><br>Defendants. | CASE NO. 3:17-cv-04169-RS<br><br>**STIPULATION AND [PROPOSED] ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom 3, 17th Floor<br>Date: November 9, 2017<br>Time: 10:00 A.M. |

Pursuant to Civil L.R. 6-1(b), it is hereby stipulated by and between Plaintiffs Gannaway Entertainment, Inc., Albert C. Gannaway III, Samantha Gannaway ("Plaintiffs") and Defendants Frankly Inc., Steve Chung, SKP America, LLC, JJR Private Capital Limited Partnership ("JJR"), Ron Schmeichel, and Louis Schwartz. ("Defendants") through their respective attorneys, that:

WHEREAS, on July 21, 2017, Plaintiffs filed their Complaint in this action (ECF No. 1);

WHEREAS, the parties stipulated and agreed that Defendants' responses to the Complaint would be due on September 20, 2017;

WHEREAS, on September 20, 2017, Defendants Frankly Inc., Steve Chung, JJR Private Capital Limited Partnership, Ron Schmeichel, and Louis Schwartz filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (ECF No. 17), set for hearing on December 14, 2017;

WHEREAS, on September 20, 2017, SKP America, LLC filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 21);

WHEREAS, Plaintiffs requested and Defendants granted an additional one week extension of time for Plaintiffs to file their Oppositions, from October 4 to October 11, 2017;

WHEREAS, in lieu of opposing Defendants' motions to dismiss, Plaintiffs filed their First Amended Complaint ("FAC") on October 11, 2017 (ECF No. 28);

WHEREAS, Defendants intend to file motions to dismiss the FAC, triggering an automatic stay of discovery and all other proceedings under the Private Securities Litigation Reform Act of 1998 ("PSLRA"), 15 U.S. Code § 78u–4(b)(3)(B);

WHEREAS, the Court currently has an Initial Case Management Conference scheduled for November 9, 2017, at 10:00 AM, to address discovery and other proceedings;

WHEREAS, the parties respectfully submit that it would be wasteful of judicial resources and the parties' resources to proceed with an Initial Case Management Conference at this time, since proceedings other than Defendants' motions to dismiss are subject to the stay of discovery under the PSLRA;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendants shall file their motions to dismiss the FAC by October 31, 2017.

2. Plaintiffs shall file their opposition to the motions to dismiss the FAC by November 22, 2017.

3. Defendants shall file replies in support of their motions to dismiss the FAC by December 13, 2017.

4. Oral argument on Defendants' motions to dismiss the FAC shall be heard on January 18, 2018.

5. Subject to the Court's approval, the Initial Case Management shall be adjourned pending resolution of Defendants' motions to dismiss.

DATED: October 25, 2017

| | |
|---|---|
| /s/ Elizabeth L. Deeley | /s/ Kirk M. Hallam |
| Elizabeth L. Deeley (SBN 230798) | Kirk M. Hallam |
| KIRKLAND & ELLIS LLP | Jun Y. Kwon |
| 555 California Street | Gorman & Miller |
| San Francisco, California 94104 | 201 Santa Monica Blvd., Ste. 300 |
| Telephone: (415) 439-1400 | Santa Monica, California 90401 |
| Facsimile: (415) 439-1500 | Telephone: (310) 656-8000 |
| Email: elizabeth.deeley@kirkland.com | Facsimile: (310) 564-7623 |
| | Email: khallam@gormanmiller.com |
| Jay P. Lefkowitz (admitted pro hac vice) | Email: jkwon@gormanmiller.com |
| Nathaniel J. Kritzer (admitted pro hac vice) | |
| Anjelica Simone Gregory (admitted pro hac vice) | Attorneys for Plaintiffs |
| KIRKLAND & ELLIS LLP | *Gannaway Entertainment, Inc.,* |
| 601 Lexington Avenue | *Albert C. Gannaway III and Samantha* |
| New York, NY 10022 | *Gannaway* |
| Telephone: (212) 446-4800 | |
| Facsimile: (212) 446-4900 | |
| E-mail: lefkowitz@kirkland.com | |
| E-mail: nathaniel.kritzer@kirkland.com | |
| E-mail: anjelica.gregory@kirkland.com | |
| | |
| Attorney for Defendants | |
| *Frankly Inc., Steve Chung,* | |
| *JJR Private Capital Limited* | |
| *Partnership, Ron Schmeichel* | |
| *and Louis Schwartz* | |

*/s/ Charles Jaeger*
Charles Jaeger
Farmer Brownstein Jaeger LLP
235 Montgomery St., Suite 835
San Francisco, CA 94104
Telephone: (415) 962-2879
Facsimile: (415) 520-5678
Email: cjaeger@fbj-law.com

Attorney for Defendant
*SKP America, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: __October 25__, 2017    _____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE