| | |
|---|---|
| 1 | Elizabeth L. Deeley (SBN 230798)<br>KIRKLAND & ELLIS LLP |
| 2 | 555 California Street, Suite 2700<br>San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 4 | E-mail: elizabeth.deeley@kirkland.com |
| 5 | Jay P. Lefkowitz (admitted *pro hac vice*)<br>Nathaniel J. Kritzer (admitted *pro hac vice*) |
| 6 | Anjelica Simone Gregory (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP |
| 7 | 601 Lexington Avenue<br>New York, NY 10022 |
| 8 | Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |
| 9 | E-mail: lefkowitz@kirkland.com<br>E-mail: nathaniel.kritzer@kirkland.com |
| 10 | E-mail: anjelica.gregory@kirkland.com |
| 11 | Attorneys for Defendants *Frankly Inc.,*<br>*Steve Chung, JJR Private Capital Limited Partnership,* |
| 12 | *Ron Schmeichel and Louis Schwartz* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GANNAWAY ENTERTAINMENT, INC., a Delaware corp., ALBERT C. GANNAWAY III, SAMANTHA GANNAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLY INC., STEVE CHUNG, SKP AMERICA, LLC, JJR PRIVATE CAPITAL LIMITED PARTNERSHIP, RON SCHMEICHEL, LOUIS SCHWARTZ,<br><br>Defendants. | CASE NO. 3:17-cv-04169-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO REPLY TO PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS** |

| | |
|---|---|
| 1 | WHEREAS, Defendants Frankly, Inc. ("Frankly"), Steve Chung ('Chung"), JJR Private |
| 2 | Capital Limited Partnership ("JJR"), Ron Schmeichel, and Louis Schwartz filed a Motion to Dismiss |
| 3 | on October 31, 2017; |
| 4 | WHEREAS, Defendant SKP America LLC ("SKP-A") filed a Motion to Dismiss (ECF No. |
| 5 | 47) on October 31, 2017, incorporating by reference arguments made in the Motion to Dismiss (ECF |
| 6 | No. 43) filed by Frankly, Chung, JJR, Ron Schmeichel and Louis Schwartz; |
| 7 | WHEREAS, Plaintiffs filed an Opposition to Defendants Frankly Chung, JJR, Ron |
| 8 | Schmeichel, and Louis Schwartz's Motion to Dismiss on November 22, 2017; |
| 9 | WHEREAS, Plaintiffs filed an Opposition to Defendant SKP-A's Motion to Dismiss on |
| 10 | November 22, 2017; |

WHEREAS, Defendants Frankly, Inc. ("Frankly"), Steve Chung ('Chung"), JJR Private Capital Limited Partnership ("JJR"), Ron Schmeichel, and Louis Schwartz filed a Motion to Dismiss on October 31, 2017;

WHEREAS, Defendant SKP America LLC ("SKP-A") filed a Motion to Dismiss (ECF No. 47) on October 31, 2017, incorporating by reference arguments made in the Motion to Dismiss (ECF No. 43) filed by Frankly, Chung, JJR, Ron Schmeichel and Louis Schwartz;

WHEREAS, Plaintiffs filed an Opposition to Defendants Frankly Chung, JJR, Ron Schmeichel, and Louis Schwartz's Motion to Dismiss on November 22, 2017;

WHEREAS, Plaintiffs filed an Opposition to Defendant SKP-A's Motion to Dismiss on November 22, 2017;

WHEREAS, Plaintiffs similarly incorporated by reference in their Opposition to Defendants Frankly, Chung, JJR, Ron Schmeichel, and Louis Schwartz's Motion to Dismiss arguments made in its Opposition to Defendant SKP-A's Motion to Dismiss;

WHEREAS, Plaintiffs also incorporated by reference in their Opposition to Defendant SKP-A's Motion to Dismiss arguments made in its Opposition to Defendants Frankly, Chung, JJR, Ron Schmeichel, and Louis Schwartz's Motion to Dismiss;

WHEREAS, the parties believe it will be more orderly and efficient for Defendants to file a joint 30-page Omnibus Reply, instead of two fifteen-page reply briefs, to respond to Plaintiffs' Opposition briefs;

WHEREAS, the parties previously agreed Defendants' replies would be due on December 13, 2017, and have further agreed to an additional one week extension to December 20, 2017;

WHEREAS, the parties have met, conferred, and agreed that Defendants may file a joint 30-page Omnibus Reply brief by December 20, 2017;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT, Defendants may file a joint 30-page Omnibus Reply brief in support of their motions to dismiss, which shall be filed and served by December 20, 2017.

DATED: December 7, 2017

| | |
|---|---|
| /s/ Nathaniel J. Kritzer | /s/ Kirk M. Hallam |
| Nathaniel J. Kritzer *(admitted pro hac vice)*<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4833<br>Facsimile: (212) 446-4900<br>Email: nathaniel.kritzer@kirkland.com | Kirk M. Hallam<br>Jun Y. Kwon<br>Gorman & Miller<br>201 Santa Monica Blvd., Ste. 300<br>Santa Monica, California 90401<br>Telephone: (310) 656-8000<br>Facsimile: (310) 564-7623<br>Email: khallam@gormanmiller.com<br>Email: jkwon@gormanmiller.com |
| Attorney for Defendants<br>*Frankly Inc., Steve Chung,*<br>*JJR Private Capital Limited*<br>*Partnership, Ron Schmeichel*<br>*and Louis Schwartz* | Attorneys for Plaintiffs<br>*Gannaway Entertainment, Inc.,*<br>*Albert C. Gannaway III and Samantha*<br>*Gannaway* |

/s/ Charles Jaeger
Charles Jaeger
Farmer Brownstein Jaeger LLP
235 Montgomery St., Suite 835
San Francisco, CA 94104
Telephone: (415) 962-2879
Facsimile: (415) 520-5678
Email: cjaeger@fbj-law.com

Attorney for Defendant
*SKP America, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: 12/7 , 2017

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE